**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NOTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JOSHUA HARRIS**                                                                    **PLAINTIFF**

**v.**                                                     **CIVIL ACTION NO. 3:25-CV-279-RPC-RP**

**TRANS UNION LLC**                                                           **DEFENDANT**

ORDER

Before the Court is Defendant Trans Union LLC's Motion to Dismiss. [Doc. 7]. Consistent with the Court's Memorandum Opinion entered contemporaneously herewith, and for the reasons stated therein, the Court finds that the Motion should be **DENIED** *without prejudice* at this time, and Plaintiff should be afforded an opportunity to amend his Complaint.

**IT IS, THEREFORE, ORDERED**:

1.      Defendant Trans Union LLC's [7] Motion to Dismiss is **DENIED *WITHOUT PREJUDICE***.

2.      Plaintiff Joshua Harris shall file an amended complaint within twenty-one (21) days of the entry of this Order.

3.      Should Plaintiff fail to file an amended complaint on or before May 20, 2026, in accordance with the directions herein, this action will be dismissed without further notice, and a separate final judgment pursuant to Federal Rule of Civil Procedure 58 will be entered.

4.      Defendant may re-urge its Motion to Dismiss or file any other appropriate motion if Plaintiff files an amended complaint.

**SO ORDERED**, this the 29th day of April, 2026.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE